```
FRANK F. SOMMERS IV, ESQ. (SBN 109012)
ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
SOMMERS & SCHWARTZ LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorney for Plaintiff,
NACIO SYSTEMS, INC.
```

FILED

2007 JUL -5 P 3: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

C/RS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACIO SYSTEMS, INC. a Nevada corporation, <br><br> Plaintiff <br> v. <br><br> HERBERT GOTTLEIB, an individual; SWIDENT, LLC, a California Limited liability corporation, <br><br> Defendants | Case No.: C 07 3481 RS <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br> **AND** <br> **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** <br><br> BY FAX |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent tot he assignemnt of this case to a United States Magistrate Judge for trial and disposition and hererby requests the reassignment of this case to a United States District Judge.

Dated: July 5, 2007

Signature _____

Counsel for Plaintiff

-1-

10738365.tif - 7/5/2007 2:35:08 PM