1  FRANK F. SOMMERS IV, ESQ. (SBN 109012)
   ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
2  SOMMERS & SCHWARTZ LLP
   550 California Street
3  The Sacramento Tower, Suite 700
   San Francisco, California 94104
4  Telephone: (415) 955-0925
   Facsimile: (415) 955-0927
5
   Attorney for Plaintiff,
6  NACIO SYSTEMS, INC.

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | NACIO SYSTEMS, INC. ) | Case No.: C 07 3481 |
| 12 | a Nevada corporation, ) | |
| | ) | PROPOSED TEMPORARY RESTRAINING |
| 13 | Plaintiff ) | ORDER (2) REGARDING USE OF TRADE |
| | v. ) | SECRETS AND COPYRIGHT INFRINGEMENT, |
| 14 | ) | AND ORDER TO SHOW CAUSE RE |
| 15 | HERBERT GOTTLIEB, an individual; ) | PRELIMINARY INJUNCTION |
| | SWIDENT, LLC, a California Limited ) | |
| 16 | liability corporation, ) | . |
| | ) | |
| 17 | Defendants ) | |
| 18 | _____ ) | |

19

20

21       TO DEFENDANTS HERBERT GOTTLIEB AND SWIDENT LLC:

22

23       You, your agents servants, employees and attorneys and those in active concert or

24  participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from:

25       1.    Making any attempts to use, sell, copy or disseminate or distribute GASP, its

26  Software Identification Database, the Registration Key Generator program used by PLAINTIFF

27  NACIO SYSTEMS, INC. to enable users to activate copies of GASP or to download updates to

28

- 1 -

TEMPORARY RESTRAINING ORDER (2) REGARDING USE OF TRADE SECRETS AND COPYRIGHT
INFRINGEMENT, AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1  GASP or copies of the Software Identification Database;

2      2.    Undertaking any acts that constitute infringement of PLAINTIFF  NACIO

3  SYSTEMS, INC.'s copyrights in GASP or its component parts;

4      3.    Making any contacts with individuals or entities listed on the copy of PLAINTIFF

5  NACIO SYSTEMS, INC.'s customer list taken from PLAINTIFF NACIO SYSTEMS, INC. by

6  DEFENDANT GOTTLIEB Gottlieb and are to return all copies of such list in their possession; and,

7      DEFENDANT HERBERT GOTTLIEB AND SWIDENT LLC ARE HEREBY

8  FURTHER ORDERED TO SHOW CAUSE at ____, on ____, 2007, or as soon thereafter as

9  counsel may be heard in the courtroom of the Honorable Phyllis Hamilton, located in Courtroom

10  3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA, why you, your officers, agents,

11  servants, employees and attorneys and those in active concert or participation with you or them,

12  should not be restrained and enjoined – <u>pending trial of this action</u> – from:

13      1.    Making any attempts to use, sell, copy or disseminate or distribute GASP, its

14  <u>Software Identification Database, the Registration Key Generator program used by PLAINTIFF

15  NACIO SYSTEMS, INC. to enable users to activate copies of GASP or to download updates to

16  GASP or copies of the Software Identification Database;

17      2.    Undertaking any acts that constitute infringement of PLAINTIFF  NACIO

18  SYSTEMS, INC.'s copyrights in GASP or its component parts;

19      3.    Making any contacts with individuals or entities listed on the copy of PLAINTIFF

20  NACIO SYSTEMS, INC.'s customer list taken from PLAINTIFF NACIO SYSTEMS, INC. by

21  DEFENDANT GOTTLIEB Gottlieb and are to return all copies of such list in their possession; and,

22      The above Temporary Restraining Order is effective on Plaintiff's filing an undertaking

23  in the sum of $_____.  This Order to Show Cause Re Preliminary Injunction and supporting

24  papers must be served on Defendants no later than _____ days before the date set for hearing,

25  and proof of service shall be filed no later than ____ court days before the hearing.  Any response

26  or opposition to this Order to Show Cause must be filed and personally served upon Plain tiff's

27  counsel no later than ____ court days before the date set for hearing, and proof of service shall be

28

- 2 -

TEMPORARY RESTRAINING ORDER (2) REGARDING USE OF TRADE SECRETS AND COPYRIGHT
INFRINGEMENT, AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

filed no later than \_\_\_\_ court days before the hearing.

DATED: \_\_\_\_\_, 2007

/s/_____
Phyllis J Hamilton
United States District Court Judge

S:\Nacio\Pleadings\TRO ETC\TRO With Notice -- Substantive.wpd

- 3 -

TEMPORARY RESTRAINING ORDER (2) REGARDING USE OF TRADE SECRETS AND COPYRIGHT INFRINGEMENT, AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION