FRANK F. SOMMERS IV, ESQ. (SBN 109012)
ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
SOMMERS & SCHWARTZ LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorney for Plaintiff,
NACIO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACIO SYSTEMS, INC. a Nevada corporation,<br><br>    Plaintiff<br>v.<br><br>HERBERT GOTTLIEB, an individual; SWIDENT, LLC, a California Limited liability corporation,<br><br>    Defendants<br>_____ | Case No.: C 07 3481 PJH<br><br>**DECLARATION OF MURRAY GOLDENBERG IN SUPPORT OF:**<br><br>**1) PLAINTIFF'S APPLICATION WITHOUT NOTICE FOR TEMPORARY RESTRAINING ORDER RE PRESERVING EVIDENCE ; AND**<br><br>**2) PLAINTIFF'S SECOND APPLICATION FOR TEMPORARY RESTRAINING ORDER RE COPYRIGHT INFRINGEMENT AND SHORTENING TIME FOR LIMITED DISCOVERY** |

I, Murray Goldenberg, say

1. I am currently the CFO of Nacio Systems, Inc, and have been since 2002. I am also the Acting CFO of Encompass Holdings, Inc., a holding company that acquires various technology and other companies for investment and management purposes.

2. Encompass Holdings bought the assets of Attest Systems, Inc from the assignee for the benefit of creditors to which Attest had transferred them. Those assets subsequently were transferred to Nacio Systems, Inc, a Nevada Corporation ("Nacio") In 2006 The Encompass Board of Directors authorized the spun off Nacio into a stand-alone entity, but that has not yet occurred.

3. Herb Gottlieb, the former president of Attest, was hired by Nacio (NV) to manage the Attest business, comprising the licensing, sale and maintenance of the GASP software application, which audits computer systems to determine if the various application programs found thereon are validly licensed or pirated copies.

4. Attest under Mr. Gottlieb's management required all employees to sign a confidentiality agreement protecting Attest's intellectual property and trade secrets. A true and correct copy of that agreement is attached hereto as Exhibit A.

5. Nacio also requires employees to sign a similar agreement. A true and correct copy of Nacio's non-disclosure agreement is attached hereto as Exhibit B

6. At all times until after Mr. Gottlieb left Nacio in 2006, I understood that he had executed such agreements, which were handled by the human resources department. Since he left, however, we have been unable to locate any copy signed by Mr. Gottlieb.

7. Mr. Gottlieb left the company in February 2006. At that time, we were in discussions with PS'Soft, a large competitor of Attest's in the software audit and asset detection field, to sell or license the GASP Software Information Database ("SID") The SID is one of the key component's of GASP, and consisted of (as of February 2006) of approximately 70,000

1  records containing proprietary information developed by Attest that permitted GASP to
2  determine whether a given program copy had been validly licensed from one of the numerous
3  sources through which such software might be published.
4      8. Prior to Mr. Gottlieb's departure, I learned that he had taken a position as 'consultant'
5  to PS'Soft. I protested to both Mr. Gottlieb and the PS'Soft executive with whom I was dealing,
6  Mr. Daryl Frahm, that such an engagement was a conflict of interest, given Mr. Gottlieb's
7  extensive knowledge of GASP and Attest's business. After making those call, PS'Soft stopped
8  its inquiry and purchase attempt without giving any reason for having done so.
9      9. When Mr Gottlieb left, he informed me that he had taken various items from his
10 office, including a safe in which we kept copies of the GASP source code and registration key
11 generation software. I asked him to return the software and provide an affidavit that he had
12 neither copied nor transferred it to any other entity. He never either returned the software or
13 provided the requested affidavit.
14     10. Since Mr. Gottlieb left, the revenues Nacio was earning from the Attest GASP
15 software have dropped by approximately 50%.
16
17 I declare under penalty of perjury under the laws of the United States that the foregoing is
18 true and correct, and that this declaration was executed in Novato, California on ____, 2007

_____
Murray Goldenberg