FRANK F. SOMMERS IV, ESQ. (SBN 109012)
ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
SOMMERS & SCHWARTZ LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorney for Plaintiff,
NACIO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACIO SYSTEMS, INC. a Nevada corporation, <br><br> Plaintiff <br> v. <br><br> HERBERT GOTTLIEB, an individual; SWIDENT, LLC, a California Limited liability corporation, <br><br> Defendants | Case No.: C 07 3481 PJH <br><br> **DECLARATION OF MIKOL WESTLING IN SUPPORT OF:** <br><br> **1) PLAINTIFF'S APPLICATION WITHOUT NOTICE FOR TEMPORARY RESTRAINING ORDER RE PRESERVING EVIDENCE ; AND** <br><br> **2) PLAINTIFF'S SECOND APPLICATION FOR TEMPORARY RESTRAINING ORDER RE COPYRIGHT INFRINGEMENT AND SHORTENING TIME FOR LIMITED DISCOVERY** |

I, Mikol Westling, say,

1. I have personal knowledge of the facts set forth below and could competently testify to them if called upon to do so.

2. I am the Director of Operations Nacio Systems, Inc. ("Nacio") and have been since April 2, 2005. In that capacity I worked with Herb Gottlieb while he was a Nacio employee.

3. It was our practice to keep a copy of the source code for the GASP software in a safe in Mr. Gottlieb's office. That safe also contained a copy of the Registration Key generator software that created valid registration keys for paying customers to unlock the evaluation copies of GASP that potential clients could download from our website. I have personally witnessed Mr. Gottlieb placing copies of the source code in the safe in his office when a new build or copyrighted version of the software was created in the form of a compact disk (CD). In most cases, when not in use, the safe door was closed. When in use, the door was open and I on more than one occasion saw CD's, tapes, and documents in the safe.

4. When Mr. Gottlieb left in March 2006 the safe left with him. I was not aware that he was taking it, but realized the safe was gone after he left.

5. I have reason to believe that Mr. Gottlieb has an exceedingly volatile personality. I have serval times witnessed him speaking with an employee in front of a group in a situation in which he changed, in an instant, from a reasonable manager discussing a problem to someone screaming at the employee in tones and terms that I did not believe were remotely warranted. I saw this behavior, not as evidence of an intense management style, but of an inability to either recognize what was appropriate or control his behavior.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2 true and correct and that this declaration was signed in Novato California on July _____, 2007

_____

Mikol Westling

1      I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct and that this declaration was signed in Novato California on July 13, 2007

                                Mikol Westling

- 3 -
WESTLING DECLARATION RE TRO ETC
Nacio Systems, Inc. v. Herbert Gottlieb et al  Case No. C 07 3481 PJH