1  FRANK F. SOMMERS IV, ESQ. (SBN 109012)
   ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
2  SOMMERS & SCHWARTZ LLP
   550 California Street
3  The Sacramento Tower, Suite 700
   San Francisco, California 94104
4  Telephone: (415) 955-0925
   Facsimile: (415) 955-0927
5
   Attorney for Plaintiff,
6  NACIO SYSTEMS, INC.

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 NACIO SYSTEMS, INC.            )  Case No.: C 07 3481 PJH
   a Nevada corporation,          )
12                                )
                                  )
13      Plaintiff                 )  DECLARATION OF DOMINIC FINN IN
                                  )  SUPPORT OF:
14 v.                             )
                                  )
15 HERBERT GOTTLIEB, an individual; )  1) PLAINTIFF'S APPLICATION WITHOUT
   SWIDENT, LLC, a California Limited )  NOTICE FOR TEMPORARY RESTRAINING
16 liability corporation,         )  ORDER RE PRESERVING EVIDENCE ; AND
                                  )
17      Defendants                )  2) PLAINTIFF'S SECOND APPLICATION
                                  )  FOR TEMPORARY RETRAINING ORDER
18 _____ )

19

20

21

22

23

24

25

26

27

28

I, Dominic Finn, say:

1.    I have personal knowledge of the facts set forth below and could competently testify to them if called upon to do so.

2.    I work as a Facilities Engineer at Nacio Systems, Inc. One of my responsibilities is to identify and log in every person who enters the Nacio facility in Novato.  I know Herb Gottlieb by sight, having worked at the same premises with him for years.

3.    On March 31, 2006, I was working the front desk at the facility. Mr. Gottlieb, who was leaving his work at Nacio, asked for my help in moving certain items out of his office, items he informed me he had permission to remove, as they were personal possessions of his.

4.    One of the items that I helped him move was a small safe from his office. He backed his van up to the fire escape and we moved the safe and the other boxes from his office into it.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct and that this declaration was executed in Novato, California on July ___, 2007.


_____
Dominic Finn

Declaration of Finn in Support of TRO etc.
Nacio Systems Inc. v. Gottlieb, et al Case Number C 07 3481 PJH