FRANK F. SOMMERS IV, ESQ. (SBN 109012)
ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
SOMMERS & SCHWARTZ LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorney for Plaintiff,
NACIO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACIO SYSTEMS, INC. a Nevada corporation, <br><br> Plaintiff <br> v. <br><br> HERBERT GOTTLEIB, an individual; SWIDENT, LLC, a California Limited liability corporation, <br><br> Defendants <br> _____ | Case No.: C 07 3481 PJH <br><br> **DECLARATION OF FRANK SOMMERS IN SUPPORT OF:** <br><br> **1) PLAINTIFF'S APPLICATION WITHOUT NOTICE FOR TEMPORARY RESTRAINING ORDER RE PRESERVING EVIDENCE ; AND** <br><br> **2) PLAINTIFF'S SECOND APPLICATION FOR TEMPORARY RESTRAINING ORDER RE COPYRIGHT INFRINGEMENT AND SHORTENING TIME FOR LIMITED DISCOVERY** |

I, Frank Sommers, say

1. I am an attorney at law licensed to practice before this Court, represent plaintiff in this action, have personal knowledge of the facts set forth below and could competently testify to them if called upon to do so.

2. I have made no attempt to give notice to defendants herein of the Application for Temporary Restraining Order re Preservation of Evidence due to the evidence of destruction of evidence set out in the declarations accompanying the Application, which has caused me to conclude that such notice would result in the destruction of evidence sought by plaintiff.

3. I have reviewed the declarations accompanying the Application for the Evidence Preservation Order and based on the facts set out therein believe that the instant application should be reviewed by the Court without requiring notice to defendants.

4. I requested a copy of SWIdent's corporate records from the California Secretary of State's office. Those records state that SWIdent's principal place of business is located at 10 Indian Trail Court, which Ms. Burkart's declaration identifies as Mr. Gottlieb's home address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on ____, 2007

_____
Frank Sommers