FRANK F. SOMMERS IV, ESQ. (SBN 109012)
ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
SOMMERS & SCHWARTZ LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorney for Plaintiff,
NACIO SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACIO SYSTEMS, INC. a Nevada corporation, )<br><br>Plaintiff )<br>v. )<br><br>HERBERT GOTTLEIB, an individual; SWIDENT, LLC, a California Limited liability corporation, )<br><br>Defendants )<br>_____ ) | Case No.: C 07 3481 RS<br><br>**CERTIFICATION PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-16**<br><br><br><br>. |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Plaintiff Nacio Systems, Inc. is a wholly-owned subsidiary of Encompass Holdings, Inc, 1005 Terminal Way, Ste. 110 Reno, NV 89502.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 13, 2007                    SOMMERS & SCHWARTZ LLP


By_____
          Frank Sommers
          Attorneys for Plaintiff

**CERTIFICATION PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-16**