EXHIBIT 2

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:
Mark J. Rice, Esq. (SBN 124934)
McNEIL, SILVEIRA, RICE & WILEY
55 Professional Center Parkway
Suite A
San Rafael, CA 94903
(415) 472-3434

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** MARIN
STREET ADDRESS: 3501 Civic Center Drive
MAILING ADDRESS: P. O. Box 4988
CITY AND ZIP CODE: San Rafael, CA 94913-4988
BRANCH NAME:

PLAINTIFF: HERBERT M. GOTTLIEB
DEFENDANT: NACIO SYSTEMS, INC., a Nevada Corporation; and DOES 1 to 10, inclusive

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

2007-052400039

MARIN COUNTY RECORDER
MAY 24 2007

FOR RECORDER'S USE ONLY

CASE NUMBER:
CV 065571

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   **Name and last known address**

   Nacio Systems, Inc., a Nevada
   Corporation
   55 Leveroni Court
   Novato, CA 94949

   b. Driver's license No. and state:   [X] Unknown
   c. Social security No.:              [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* Nacio Systems, Inc., a Nevada Corporation, 55 Leveroni Court, Novato, CA 94949

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   HERBERT M. GOTTLIEB
   10 Indian Trail Court, Novato, CA 94947

Date: May 22, 2007
MARK J. RICE
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

/s/ Mark Rice
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 240,811.60
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 4/18/07
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
MAY 24 2007

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by L. MAUGA, Deputy
KIM TURNER

Form Adopted for Mandatory Use
Judicial Council of California

**ABSTRACT OF JUDGMENT—CIVIL** Legal Solutions
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: HERBERT M. GOTTLIEB | CASE NUMBER: |
|---|---|
| DEFENDANT: NACIO SYSTEMS, INC., a Nevada Corporation; and DOES 1 to 10, inclusive | CV 065571 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license No. & state:                     ☐ Unknown
Social security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license No. & state:                     ☐ Unknown
Social security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license No. & state:                     ☐ Unknown
Social security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license No. & state:                     ☐ Unknown
Social security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. Name and last known address

Driver's license No. & state:                     ☐ Unknown
Social security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address):*

21. Name and last known address

Driver's license No. & state:                     ☐ Unknown
Social security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address):*

22. ☐ Continued on Attachment 22.