EXHIBIT 10

Subj:    **FW: RE: Lunch Meeting**
Date:    7/20/2007 9:10:52 A.M. Pacific Daylight Time
From:   hgottlieb@swident.com
To:     markjrice@aol.com, rich@friesen.org

---

**From:** Herbert Gottlieb [mailto:hgottlieb@swident.com]
**Sent:** Tuesday, May 01, 2007 11:26 AM
**To:** 'cdaly@nacio.com'
**Cc:** 'Markjrice@aol.com'; 'rich@swident.com'
**Subject:** RE: Lunch Meeting

Dear Carey,

I appreciate your interest in satisfying the payments owed me by Nacio. As we discussed, I look forward to receiving your personal vitae curriculum and a list of dealmakers who you can legally disclose who can give us some assurances on integrity of the Nacio transaction and acquisition by a NASDAQ traded company. If we are going to take a portion of the money owed us in stock or more preferably a non tax event vehicle, we want some representations, warranties and information about the acquiring company in terms of it's size, longevity, liquidity and other statistics that can give us some comfort in their viability.

Also, since you acknowledged that the bogus lawsuit filed by Nacio against me is "without merit", why not drop this immediately or at least provide me with evidence that you have done so in conjunction with the term sheet? Since there is no value in this empty threat and it would go a long way to building your personal credibility with me and establish the level of your effectiveness at Nacio.

As agreed, we will respond quickly to the term sheet that, as promised, we expect to receive no later than Friday morning or sooner if possible.

Herb



CONFIDENTIALITY NOTICE
This e-mail message and all documents which accompany it are intended only for the use of the individual(s) to which addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader is not the intended recipient, any disclosure, distribution or other use of this e-mail message is prohibited. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.467 / Virus Database: 269.6.2/784 - Release Date: 5/1/2007 2:57 PM

Subj:    **FW: Lunch Meeting**
Date:    7/20/2007 12:23:41 P.M. Pacific Daylight Time
From:    hgottlieb@swident.com
To:      markjrice@aol.com

---

**From:** Herbert Gottlieb [mailto:hgottlieb@swident.com]
**Sent:** Wednesday, May 02, 2007 12:58 PM
**To:** 'Markjrice@aol.com'
**Subject:** FW: Lunch Meeting

Mark,

Looks like another delay. What do you advise?

Herb

---

**From:** Carey Daly [mailto:cdaly@nacio.com]
**Sent:** Wednesday, May 02, 2007 12:04 PM
**To:** Herbert Gottlieb
**Subject:** RE: Lunch Meeting

**Dear Herb:**

**I'm sure you won't be surprised to learn that I am swamped with other litigation, in addition to yours. I was on the telephone for more than 5 hours yesterday, dealing with several important issues and have just now started reviewing my inbound email traffic. I have forwarded a copy of your email to my superiors, with my own comments, and have not yet heard back from them.**

**Until such time as I have the "go ahead" to provide you with any information, I am at a "stand still". I apologize for the delay in responding, but I do have people to whom I must answer in matters of this importance.**

**In light of the duration of this case, I'm sure you understand the speed with which most attorneys operate. This has my full attention and I do not anticipate more than a few days or so delay in advising you of our decision as to the disposition of this matter.**

**Sincerely,**
**Carey F. Daly II**
**Senior Vice President**

**Nacio Systems, Inc.**
**55 Leveroni Court**
**Novato, CA  94949**

---

**From:** Herbert Gottlieb [mailto:hgottlieb@swident.com]