EXHIBIT 11

05/18/07 02:37PM  ONELE851 CR-AS LAW OFFICES OF PAUL  4159840950 Pg 3/3

05/18/2007 11:42  4159840950  PAUL STEINER ESQ  PAGE 02/02

CIV-110

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address):
Paul J. Steiner
Law Offices of Paul J. Steiner
550 California St., Sac Twr., Ste 700
San Francisco, CA 94104
4117
TELEPHONE NO.: 415-981-6100
415-984-0950

**ATTORNEY FOR** (Name): NacioSysems, Inc., a Nevada Corp.

Insert name of court and name of judicial district and branch court, if any:
Superior Court of Marin County

**PLAINTIFF/PETITIONER:** Nacio Systems, Inc., a Nevada Corp

**DEFENDANT/RESPONDENT:** Herbert M. Gottlieb

**FOR COURT USE ONLY**
FILED
MAY 18 2007
KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: C. Lucchesi, Deputy

**REQUEST FOR DISMISSAL**
☐ Personal Injury, Property Damage, or Wrongful Death
   ☐ Motor Vehicle  ☐ Other
☐ Family Law
☐ Eminent Domain
☒ Other (specify): Breach of Fiduciary Duty

**CASE NUMBER:** CV 070474

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice
   b. (1) ☒ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):
      (4) ☐ Cross-complaint filed by (name):                        on (date):
      (5) ☐ Entire action of all parties and all causes of action    on (date):
      (6) ☐ Other: (specify):*

Date: May 18, 2007

Paul J. Steiner
(TYPE OR PRINT NAME OF  ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

BY FAX

(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner  ☐ Defendant/Respondent
☐ Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner  ☐ Defendant/Respondent
☐ Cross-complainant

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(To be completed by clerk)
3. ☒ Dismissal entered as requested on (date): MAY 18 2007
4. ☐ Dismissal entered on (date):                    as to only (name):
5. ☐ Dismissal not entered as requested for the following reasons (specify):

6. ☐ a. Attorney or party without attorney notified on (date):
   b. Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to conform   ☐ means to return conformed copy

Date: MAY 18 2007  KIM TURNER Clerk, by Cynthia Lucchesi, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

REQUEST FOR DISMISSAL

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

Daly: Nacio v Gottlieb