UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** August 1, 2007                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3481 PJH

**Case Name:** Nacio Systems, Inc. v. Herbert Gottlieb, et al.

**Attorney(s) for Plaintiff:**   Frank F. Sommers
**Attorney(s) for Defendant:**   Mark Rice

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Sahar McVickar

## PROCEEDINGS

Order to Show Cause Re: Preliminary Injunction-Held. The first preservation order to be modified by the court as stated on the record. Within 30 days the parties shall meet and confer on how to maximize the use of the mirror images and also determine if a motion for preliminary injunction is necessary. If the motion will go forward the parties shall inform the court and a briefing schedule will be set.

Second Motion for Temporary Restraining Order Re: Copyright Infringement-DENIED as stated on the record.

**Order to be prepared by:**   [] Pl [] Def [x] Court

**Notes:**

**cc:** file