1  MARK J. RICE (SBN 124934)
2  McNEIL, SILVEIRA, RICE & WILEY
   55 Professional Center Parkway, Suite A
3  San Rafael, CA  94903
   Telephone: (415) 472-3434
4  Facsimile:  (415) 472-1298

5  Attorneys for Defendants HERBERT M. GOTTLIEB
   And SWIDENT, LLC, a California Limited Liability Company
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  NACIO SYSTEMS, INC., a Nevada        )   Case No.  C O7 3481 PJH
    Corporation,                         )
12                                       )
              Plaintiff,                 )   SUBSTITUTION OF ATTORNEY
13                                       )
                                         )
14  vs.                                  )
                                         )
15  HERBERT M. GOTTLIEB, an individual;  )
    SWIDENT, LLC, a California Limited   )
16  Liability Company,                   )
                                         )
17            Defendant.                 )
                                         )
18  _____)

19

20      Defendants Herbert M. Gottlieb and Swident, LLC hereby substitutes RICHARD J.

21  IDELL, ESQ., IDELL, BERMAN & SEITEL, 465 California Street, Suite 300, San Francisco,

22  California 94104-1810, telephone number (415) 986-2400 and facsimile number (415) 392-9259

23  as attorney of record in the place and stead of MARK J. RICE, ESQ. of McNEIL, SILVEIRA,

    RICE & WILEY.
24
    Dated: ___9/19___, 2007        _____
25                                  HERBERT M. GOTTLIEB, an individual and
                                    On behalf of Swident, LLC
26

27

28

LAW OFFICES
OF
MCNEIL SILVEIRA
RICE & WILEY
AN ASSOCIATION INCLUDING
PROFESSIONAL CORPORATIONS

Substitution of Attorney

1

2 I consent to the above substitution.

3

Dated:  August 28, 2007                    McNEIL, SILVEIRA, RICE & WILEY

4

5

6  By _____
                    MARK J. RICE

7

8 Above substitution accepted

9 Dated:  August 28, 2007                    IDELL & SEITEL, LLP

10

11  By _____
                    RICHARD J. IDELL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Substitution of Attorney

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On September 19, 2007, I served the following document(s):

## SUBSTITUTION OF ATTORNEY

☒    by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

**Mark John Rice**
McNeil Silveira Rice Wiley & West
55 Professional Center Parkway
Suite A
San Rafael, CA 94903
Phone: 415-472-3434
Fax: 415-472-1298
Email: markjrice@aol.com

**Andrew H. Schwartz**
**Frank F. Sommers, IV**
Sommers & Schwartz LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, CA 94104
Phone: 415-955-0925
Fax: 415-955-0927
Email: ahs@sommersschwartz.com
         ffs@sommersschwartz.com

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

Suzanne Slavens