RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Herbert Gottlieb, an individual and
SWIdent, LLC, a California Limited Liability Company
(erroneously sued as SWIdent, Inc., a limited liability corporation)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACIO SYSTEMS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT GOTTLIEB and SWIdent, INC., a California limited liability corporation,<br><br>Defendants. | CASE NO. C 07 3481 PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER STAYING LITIGATION AND COMPELLING ARBITRATION OF ALL CLAIMS**<br><br><u>FILED CONCURRENTLY:</u><br>**NOTICE OF MOTION AND MOTION; DECLARATION OF HERBERT GOTTLIEB; DECLARATION OF RICHARD J. IDELL; REQUEST FOR JUDICIAL NOTICE**<br><br>**Date:** October 24, 2007<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 3, 17th Floor<br><br>**Complaint Filed:** July 3, 2007<br><br>**Honorable Phyllis J. Hamilton Presiding** |

The Motion of Defendants HERBERT GOTTLIEB ("GOTTLIEB") and SWIDENT, INC., a California limited liability company (erroneously sued as a limited liability corporation) ("SWIDENT") (hereinafter collectively referred to as "Defendants") for a stay and to compel arbitration came on regularly for hearing on October 24, 2007, at 9:00 a.m. in the Courtroom of the Honorable United States District Court Judge Phyllis J. Hamilton, located in Courtroom 3, on the 17th

Floor of 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff NACIO SYSTEMS, INC., a Nevada corporation, appeared by their counsel, _____. Defendants HERBERT GOTTLIEB and SWIDENT, INC., a California limited liability company (erroneously sued as a limited liability corporation) appeared by their counsel, Richard J. Idell of Idell & Seitel LLP.

Having read the motion and opposition, the points and authorities filed by both parties, and the Declarations filed therewith, and having heard argument of counsel, and GOOD CAUSE APPEARING THEREFOR:

IT IS ORDERED that Defendant's Motion to Stay the Litigation and Compelling Arbitration of All Claims is GRANTED.

IT IS FURTHER ORDERED that this action is stayed pending the determination of the binding arbitration.

IT IS FURTHER ORDERED that should Plaintiff wish to prosecute this matter, Plaintiff shall submit to the jurisdiction of the American Arbitration Association to arbitrate the claims contained in their United States District Court Complaint filed on July 3, 2007, in accordance with the rules of the American Arbitration Association.

IT IS SO ORDERED:

Dated: _____

HONORABLE PHYLLIS J. HAMILTON

Respectfully submitted:

IDELL & SEITEL LLP

Dated: September 18, 2007    By: _____
Richard J. Idell
Ory Sandel
Elizabeth J. Rest
Attorneys for Herbert Gottlieb, an individual and SWIdent, LLC, a California Limited Liability Company (erroneously sued as SWIdent, Inc., a limited liability corporation)

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On September 19, 2007, I served the following document(s):

**[PROPOSED] ORDER GRANTING MOTION FOR ORDER STAYING LITIGATION AND COMPELLING ARBITRATION OF ALL CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES**

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

| | |
|---|---|
| **Mark John Rice** | **Andrew H. Schwartz** |
| McNeil Silveira Rice Wiley & West | **Frank F. Sommers, IV** |
| 55 Professional Center Parkway | Sommers & Schwartz LLP |
| Suite A | 550 California Street |
| San Rafael, CA 94903 | The Sacramento Tower, Suite 700 |
| Phone: 415-472-3434 | San Francisco, CA 94104 |
| Fax: 415-472-1298 | Phone: 415-955-0925 |
| Email: markjrice@aol.com | Fax: 415-955-0927 |
| | Email: ahs@sommersschwartz.com |
| | ffs@sommersschwartz.com |

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens