1   MARK J. RICE (SBN 124934)
2   McNEIL, SILVEIRA, RICE & WILEY
    55 Professional Center Parkway, Suite A
3   San Rafael, CA  94903
    Telephone: (415) 472-3434
4   Facsimile:  (415) 472-1298

5   Attorneys for Defendants HERBERT M. GOTTLIEB
    And SWIDENT, LLC, a California Limited Liability Company
6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  NACIO SYSTEMS, INC., a Nevada          )   Case No.  C O7 3481 PJH
    Corporation,                           )
12                                         )
                 Plaintiff,                )   SUBSTITUTION OF ATTORNEY
13                                         )    AND ORDER
                                           )
14  vs.                                    )
                                           )
15  HERBERT M. GOTTLIEB, an individual;    )
    SWIDENT, LLC, a California Limited     )
16  Liability Company,                     )
                                           )
17               Defendant.                )
                                           )
18  _____

19

20       Defendants Herbert M. Gottlieb and Swident, LLC hereby substitutes RICHARD J

21  IDELL, ESQ., IDELL, BERMAN & SEITEL, 465 California Street, Suite 300, San Francisco,

    California 94104-1810, telephone number (415) 986-2400 and facsimile number (415) 392-9259
22
    as attorney of record in the place and stead of MARK J. RICE, ESQ. of McNEIL, SILVEIRA,
23
    RICE & WILEY.

24

    Dated: ___9/19___, 2007          _____
25                                   HERBERT M GOTTLIEB, an individual and
                                     On behalf of Swident, LLC
26

27

28

LAW OFFICES
OF
MCNEIL SILVEIRA
RICE & WILEY
AN ASSOCIATION INCLUDING
PROFESSIONAL CORPORATIONS

Substitution of Attorney

1

2  I consent to the above substitution.

3  Dated:  August 28, 2007

4

5

6  By

7

8  Above substitution accepted

9  Dated:  August 28, 2007

10

11  By

12

13

14  9/24/07

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNEIL, SILVEIRA, RICE & WILEY

MARK J. RICE

IDELL & SEITEL, LLP

RICHARD J IDELL

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Substitution of Attorney

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On September 19, 2007, I served the following document(s):

## SUBSTITUTION OF ATTORNEY

☒    by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

**Mark John Rice**
McNeil Silveira Rice Wiley & West
55 Professional Center Parkway
Suite A
San Rafael, CA 94903
Phone: 415-472-3434
Fax: 415-472-1298
Email: markjrice@aol.com

**Andrew H. Schwartz**
**Frank F. Sommers, IV**
Sommers & Schwartz LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, CA 94104
Phone: 415-955-0925
Fax: 415-955-0927
Email: ahs@sommersschwartz.com
        ffs@sommersschwartz.com

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens