RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Herbert Gottlieb, an individual and
SWIdent, LLC, A California Limited Liability Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACIO SYSTEMS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT M. GOTTLIEB, an individual, and SWIdent, INC., a California Limited Liability Company,<br><br>Defendants. | CASE NO. C 07 3481 PJH<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**<br><br>**Honorable Judge Phyllis J. Hamilton**<br><br>(e-filing) |

Defendants HERBERT M. GOTTLIEB, an individual, and SWIdent, INC., a California Limited Liability Company submit this Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16. This Certification is filed without prejudice to Defendants' Motion to Compel Arbitration which is presently pending.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 10, 2007                By:

IDELL & SEITEL LLP

_____
Richard J. Idell
Elizabeth J. Rest
Attorneys for Herbert Gottlieb, an individual and
SWIdent, LLC, A California LLC

Case No: C 07 3481 PJH

1

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On October 10, 2007, I served the following document(s):

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

**Andrew H. Schwartz**
**Frank F. Sommers, IV**
Sommers & Schwartz LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, CA 94104
Phone: 415-955-0925
Fax: 415-955-0927
Email: ahs@sommersschwartz.com
ffs@sommersschwartz.com

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens