RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Defendant Herbert Gottlieb, an individual and SWIdent, LLC, A California Limited Liability Company

SOMMERS & SCHWARTZ LLP
ANDREW H. SCHWARTZ (SBN 100210)
FRANK F. SOMMERS, IV (SBN 109012)
550 California Street
Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorneys for Plaintiff NACIO SYSTEMS, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NACIO SYSTEMS, INC., a Nevada Corporation,

Plaintiff,

v.

HERBERT M. GOTTLIEB, an individual, and SWIdent, INC., a California Limited Liability Company,

Defendants.

CASE NO. C 07 3481 PJH

**STIPULATION FOR ORDER (1) CONTINUING DATE FOR INITIAL DISCLOSURES AND RULE 26(F) REPORT AND (2) CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE AND FILING OF CASE MANAGEMENT CONFERENCE STATEMENT**

**Complaint Filed:** July 3, 2007

**Honorable Phyllis J. Hamilton Presiding**

COMES NOW, Nacio Systems, Inc., a Nevada Corporation ("Nacio"), by and through its counsel, Frank Sommers of Sommers & Schwartz LLP, on the one hand, and Herbert Gottlieb, an individual and SWIdent, LLC, a California Limited Liability Corporation ("Defendants"), by and through their counsel, Idell & Seitel LLP, and stipulate as follows and requests the Court to enter an Order on this Stipulation:

1. This case was filed on July 3, 2007.

2. There was various law and motion activity in connection with an Application for Restraining Order and Expedited Discovery.

3. Pursuant to the Court's scheduling order, the Case Management Conference was set for October 18, 2007. Under the applicable rules, the Case Management Conference Statement is due on October 11, 2007.

4. Pursuant to the Court's scheduling order, initial disclosures are due on October 11, 2007.

5. On September 19, 2007, Defendants filed a Motion for Order Staying Litigation and Compelling Arbitration of all Claims. That motion is set for hearing on October 24, 2007.

6. Nacio, through its counsel, and Defendants, through their counsel, have met and conferred concerning the impact of the outcome on the Motion to Compel Arbitration on further proceedings in this case and have concluded that it is in the best interest of costs and efficiency that the Court amend its order on the date for initial disclosures and the date for the first Case Management Conference. The parties believe that these scheduling matters should be re-ordered so that the Motion to Compel Arbitration is heard and determined prior to the first Case Management Conference and prior to any requirement of compliance with Rule 26 for the service of initial disclosures. If the Motion to Compel Arbitration is granted, all matters will be referred to arbitration. If the Motion to Compel Arbitration is not granted, then the Court will administer the case in light of that result.

7. Accordingly, the parties hereby stipulate and ask the Court to consider amending the scheduling order as follows:

a. The date of the Case Management Conference should be continued from October 18, 2007 to November 15, 2007 or such other date as the Court deems appropriate in the matter.

b. The date for filing the Case Management Conference Statement should be a date seven (7) days prior to the continued Case Management Conference.

c. The Court should issue and Order that initial disclosures shall be served seven (7) days prior to the continued Case Management Conference.

8. Since the Case Management Conference is currently scheduled for October 18, 2007 and initial disclosures and the Case Management Conference Statement would otherwise be due on October 11, 2007, the parties ask that the Court advise as to whether or not this request for continuance has been granted.

9. The parties stipulate that this Stipulation be filed with the Court and be presented for an Order thereon.

Dated: October 10, 2007

SOMMERS & SCHWARTZ LLP

By: ______________________

Attorneys for Plaintiff Nacio Systems, Inc.

Dated: October 10, 2007

IDELL & SEITEL LLP

By: ______________________

Attorneys For Defendants Herbert Gottlieb and Swident, LLC.

**ORDER**

Stipulation of the parties having come before the Court and good cause appearing therefore, the Court makes the following orders:

Case No: C 07 3481 PJH

3

STIPULATION FOR ORDER (1) CONTINUING DATE FOR INITIAL DISCLOSURES AND RULE 26(F) REPORT AND (2) CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE AND FILING OF CASE MANAGEMENT CONFERENCE STATEMENT

1. The date of the Case Management Conference is rescheduled from October 18, 2007 to ~~____________, 2007~~. November 15, 2007.

2. The date for filing the Case Management Conference Statement should filed seven (7) days prior to the continued dated of Case Management Conference.

3. The initial disclosures in this matter shall be served by the parties seven (7) days prior to the continued dated of Case Management Conference.

IT IS SO ORDERED:

Dated: 10/12/07

HON... ...TON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

Case No: C 07 3481 PJH

4

STIPULATION FOR ORDER (1) CONTINUING DATE FOR INITIAL DISCLOSURES AND RULE 26(F) REPORT AND (2) CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE AND FILING OF CASE MANAGEMENT CONFERENCE STATEMENT

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On October 10, 2007, I served the following document(s):

**STIPULATION FOR ORDER (1) CONTINUING DATE FOR INITIAL DISCLOSURES AND RULE 26(F) REPORT AND (2) CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE AND FILING OF CASE MANAGEMENT CONFERENCE STATEMENT**

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

**Andrew H. Schwartz**
**Frank F. Sommers, IV**
Sommers & Schwartz LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, CA 94104
Phone: 415-955-0925
Fax: 415-955-0927
Email: ahs@sommersschwartz.com
ffs@sommersschwartz.com

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

Suzanne Slavens