# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date: October 24, 2007**                                    **JUDGE:  Phyllis J. Hamilton**


**Case No:  C-07-3481  PJH**

**Case Name: Nacio Systems, Inc. v. Herbert Gottlieb, et al.**

**Attorney(s) for Plaintiff:**          **Frank F. Sommers**
**Attorney(s) for Defendant:**        **Richard J. Idell**

**Deputy Clerk**: Nichole Heuerman                    **Court Reporter**: Juanita Gonzalez


### PROCEEDINGS

Defendants' Motion to Compel Arbitration and Stay Case-GRANTED in part and SUBMITTED in part as stated on the record.

.


**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file